## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **NADEZDA MANUILOVA**, an individual, | Case No.: 8:23-CV-00992-MSS-TGW |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| **KURT A. HOFFMAN,** as Sheriff for Sarasota County Sheriff's Office, and **LENESHA TWENTY**, an individual, | |
| Defendant(s). | |

     Plaintiff, **NADEZDA MANUILOVA** and Defendants, **KURT A. HOFFMAN** and **LENESHA TWENTY** (collectively, the "Parties"), by and through their undersigned counsel, hereby notify the Court that they have reached a settlement in principle resolving all claims in this action. The Parties are finalizing the written settlement agreement and expect to file a stipulation of dismissal within 30 days upon.

In light of the settlement:

1. The Parties respectfully request that the Court stay all current deadlines for 30 days to allow the Parties to consummate the settlement and file dismissal papers.

2. Alternatively, the Parties request the Court administratively close this matter for 60 days, with the right of any Party to move to reopen for good cause if the settlement is not consummated.

3. The Parties anticipate filing a stipulation of dismissal with prejudice within 30 days.

Dated February 5, 2026.

        Respectfully submitted,

        /s/Michael T. Robertson
        Michael T. Robertson, Esq.
        FBN:0157392
        Law Office of Michael T. Robertson, Esq.
        2201 Ringling Blvd. Ste. 205
        Sarasota, Florida 34237
        PH: (941) 365-7220
        Email: MTRobertson@lomtr.com
        Attorney for: Plaintiff

## **CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY** that on January 5. 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

        /s/Michael T. Robertson
        Michael T. Robertson, Esq.
        FBN:0157392
        Law Office of Michael T. Robertson, Esq.
        2201 Ringling Blvd. Ste. 205
        Sarasota, Florida 34237
        PH: (941) 365-7220
        Email: MTRobertson@lomtr.com
        Attorney for: Plaintiff